**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS CORTEZ ADDISON                                        PLAINTIFF

V.                        CASE NO. 3:15-CV-00175 DPM/BD

JOEY MARTIN                                                    DEFENDANT

**RECOMMENDED DISPOSITION**

I.      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United

States District Judge D.P. Marshall Jr.  You may file written objections to this

Recommendation.  If you file objections, they must be specific and must include the

factual or legal basis for your objection.  Your objections must be received in the office of

the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

II.     **Background:**

On June 18, 2015, Plaintiff Nicholas Cortez Addison, an inmate in the Poinsett

County Detention Center, filed this action pro se under 42 U.S.C. § 1983, claiming that

Defendant Martin violated his constitutional rights.  (Docket entry #2)  Mr. Addison also

moved to proceed *in forma pauperis* ("IFP").  (#1)  Because of his litigation history,

however, Mr. Addison is not eligible for IFP status in federal court absent an allegation

that he is in imminent danger of serious physical injury.[1]  Here, Mr. Addison did not plead

facts alleging that he was in imminent danger of serious physical injury, so his motion to

proceed IFP was denied.  (#3)

The Court allowed Mr. Addison thirty days to pay the $400 filing fee in order to

proceed with this lawsuit.  (#3)  Mr. Addison was specifically cautioned that his failure to

pay the filing fee could result in dismissal of his claims, without prejudice.  To date, Mr.

Addison has failed to pay the filing fee, as required in the Court's June 19, 2015 Order,

and the time for doing so has passed.

## III.  <u>Conclusion:</u>

The Court recommends that Mr. Addison's claims be DISMISSED, without

prejudice, based on his failure to comply with the Court's June 19, 2015 Order requiring

him to pay the filing fee.

DATED this 24th day of July, 2015.

_____

UNITED STATES MAGISTRATE JUDGE

---

[1]  The following dismissals constitute "strikes" against Mr. Addison for purposes of determining eligibility for IFP status: *Addison v. Martin*, et al., E.D. Ark. Case No. 3:15cv1-JM (dismissed Feb. 2, 2015); *Addison v. Muse*, E.D. Ark. Case No. 3:15cv133-JM (dismissed June 2, 2015); *Addison v. Martin*, 3:15cv96-DPM (dismissed June 12, 2015).

2