IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                        PLAINTIFF

v.                          No. 3:15-cv-175-DPM-BD

JOEY MARTIN, Administrator,
Poinsett County Detention Center                                               DEFENDANT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 10, and overrules Addison's objections, № 11 & № 15. FED. R. CIV. P. 72(b)(3). Addison's complaint will be dismissed without prejudice for failure to pay the filing fee. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 August 2015