IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                          PLAINTIFF

v.                            No. 3:15-cv-175-DPM

JOEY MARTIN, Administrator,
Poinsett County Detention Center                                 DEFENDANT

## JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2015